IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Gary Jones

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

See ATTACHED

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

_____ FILED   _____ ENTERED
_____ LOGGED _____ RECEIVED

MAY 1 7 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                              DEPUTY

ATTACHED

Mr. Gregory Fischer

ms. Judit Otvos

mr. Todd Oppenheim

ms. Lisa Fishelman

ms. Natasha Dantigue

ms. Lydia E. Lawless

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                     Gary Jones

Street Address           701 N. Arlington Avenue # 303

City and County          Baltimore

State and Zip Code       Maryland    21217

Telephone Number         443-409-2089

E-mail Address           ~~g~~ a garryyt3@gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                     Mr. Gregory Fischer

Job or Title             Assistant State public Defender
(if known)

Street Address           201 St. Paul Street

City and County          Baltimore

State and Zip Code       Maryland    21202

Telephone Number         410-333-4900

E-mail Address
(if known)

2

Defendant No. 2

Name Ms. Judit Otvos

Job or Title
(if known) assistant State public defender

Street Address 201 ST. PAUL Street

City and County Baltimore

State and Zip Code Maryland 21202

Telephone Number 410-333-4900

E-mail Address
(if known)

Defendant No. 3

Name mr. Todd Oppenheim

Job or Title
(if known) assistant State public defender

Street Address 201 ST. PAUL Street

City and County Baltimore

State and Zip Code Maryland 21202

Telephone Number 410-333-4900

E-mail Address
(if known)

Defendant No. 4

Name ms. Natasha Dantigue

Job or Title
(if known) District public defender

Street Address 201 ST. PAUL Street

City and County Baltimore

State and Zip Code Maryland 21202

Telephone Number 410-333-4900

E-mail Address
(if known)

*(If there are more than four defendants, attach an additional page
providing the same information for each additional defendant.)*

3

The Parties to this complaint

ATTACHED

1. The Plantiff(s)

A. E-mail Address: garcryy+3 @ g-mail.com


B. The Defendant(s)

Defendant No.5

ms. Lisa Fishelman

assistant Bar Counsel

200 Harry S. Truman Parkway  suite 300

Annapolis

maryland  21401

410-514-7051


Defendant No. 6

ms. Lydia E. Lawless

District public Defender

200 Harry S. Truman Parkway  suite 300

Annapolis

maryland  21401

410-514-7051

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

      ☑ Federal question             ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violations of my 6th and 14th amendment rights to the U.S. Constitution.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.      The Defendant(s)

    a.      If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

    b.      If the defendant is a corporation

        The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____

_____

_____

1 g 4

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Mr. Gregory Fischer, and ms. Judit Otvos, assistance state public defenders (ASPD), did scheme and conspired to violate my Constitutional rights, under the fourteenth (14) amendment due process clause, by deliberately depriving me of adequate legal representation. The 6ix (6) amendment to the U.S. Constitution, guarantees criminal defendants the right to adequate legal representation, especially when the lawyer is a tax dollar paid, court appointed defense attorney. Mr. Fischer, was assigned to represent me at my 6-28-21, bail review, subsequent to my being retaliatorialy and falsely arrested on 6-26-21, see Ex#1. Mr. Fischer, did neglect to provide me adequate representation, by ignoring the Assistance State attorney's (A.S.A), false statements concerning my criminal history. Mr. Fischer, did neglect to adequately represent me on 6-28-21, by refusing to object to the (A.S.A), malicious and damaging assertions. The (A.S.A) did inconceivably state that court records indicate that I've been booked and identified under four (4) different dates of birth, and four (4) different social security numbers, see Ex#3. Therefore, he perjured himself, and mislead the judge to think that I committed crimes I didn't, moreover, that I couldn't have committed because I was incarcerated from 2001-2005, when the crimes allegedly occurred,

SEE ATTACHED

6

2 of 4                    ATTACHED

see Ex#3. Ms. Judit Otvos, my defense attorney, was assigned to represent me at trial, but she instead agreed with mr. Fischer. Then she violated my six (6) amendment to the U.S. Constitution herself, by refusing to request me a fair bail review, in addition to waiving my previously scheduled 7-28-21, preliminary hearing, see Ex# 1 and Ex# 4. Ms. Otvos, essentially indicted my District Court case #(1802439501), by abusing her knowledge of the legal system. ms. Otvos, did have my case sent to the Circuit Court case# (121203010), on the last week day, before it was to late to deprive me of my preliminary hearing, see Ex# 2. Ms. Otvos, did continue not to provide me adequate legal representation by cancelling my 8-24-21, arrainment hearing, because all signs suggested I'd been falsely arrested, see Ex# 2. Moreover, the alleged victims avoided all attempted contact from the office of the state's attorney. Ms. Otvos, therefore, did maliciously and deliberately caused me to remain falsely incarcerated from 7-28-21, when she waived my preliminary hearing, until 12-8-21, when the court dismissed the case. I mailed mr. Todd Oppenheim, ms. Otvos' supervisor my first letter from jail dated 7-29-21, informing him of ms. Otvos' violations of my amendment rights, thus requesting his intervention. I sent a second letter dated 8-2-21, requesting that ms. Otvos, be taken off my case, to prevent her from keeping me falsely incarcerated. I sent mr. Oppenheim, my third letter dated 9-14-21, informing him that ms. Otvos, did as expected, and maliciously cancelled my 8-24-21, arrainment, which he refused to prevent, therefore, all letters were to no avail.

3 of 4

ATTACHED

Ms. Natasha Dantigve, the District public defender, and agency's supervisor, did disregard my 9-22-21, letter informing her that Mr. Fischer, and ms. Otvos, have both violated my amendment rights to the U.S. Constitution. I filed a complaint against ms. Otvos, with the Attorney Grievance Commission (A.G.C), on 7-20-22, file # (2022-1332), see Ex" 5. The complaint stated that ms. Otvos, did maliciously refused me adequate legal representation, by not requesting me a fair bail review, for waiving my right to the preliminary hearing, and for cancelling my right to the arraignment hearing, see Ex" 2. Ms. Lisa Fishelman, the (AGC), assistant Bar Counsel, responded dated 8-18-22, enclosing a letter from ms. Otvos, dated 8-12-22, lieing to the (AGC), inquiry, see Ex" 6 and Ex"- ms. Otvos, response to the (AGC), inquiry dated 8-12-22, is nothing but three paragraphs of rambling lies, whereas, ms. Fishelman disregarded the supporting evidence I provided. I returned ms. Fishelman, my correspondence dated 9-29-22, opposing her unfair bias closing of my complaint, by solely relying on ms. Otvos, dis-proven denials, see Ex" 8. Ms. Fishelman, did allow her camara derie for ms. Otvos, as a fellow state employee, to prompt her to disregard the supporting evidence, to try cover-up ms. Otvos' misconduct. Therefore, I requested ms. Lydia E. Lawless, the (AGC) Bar Counsel, to rectify ms. Fishelman's alleged investiga-tion, and hold ms. Otvos, accountable for violating my Constitu-tional rights, as my tax dollar paid defense attorney. Ms. Lawless, did send me her response dated 12-19-22, upholding ms. Fishelman's unfair and bias closing of my complaint, see Ex" 10.

4 8 4

## ATTACHED

Ms. Lawless, did resign, soon after I informed her of my intentions to file a federal lawsuit against everyone who disregarded ms. Otvos' malicious violations of my amendment rights.

The above named state employees motive to collectively and discriminately target me, stems from the Baltimore County Police Department (BCoPD), Internal Affairs Division (IAD), officers, assisting a retired Baltimore City police detective (Darrell moore), slander me as a pedophile. Therefore, ms. Otvos, denied me adequate legal representation, because she maliciously wanted me to get injured, or worse while I was falsely incarcerated. I swear that the information detailed in the statement of claim, is true and correct to the best of my knowledge, so help me God, thank you.

Gary Jones

1 of 2

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I'm seeking injunctive relief to prevent ms. Otvos, from ever again violating the Amendments to the U.S. Constitution rights of vulnerable unsuspecting criminal defendants, whom she was paid tax payers dollars to represent. In addition, I'm requesting the Office of Public Defender,

7

2 ₮ 2

IV.                Relief            ATTACHED

not to discriminate, or retaliate against me, if I'm ever in need of the office services again. I'm also seeking punitive damages in the amount of $13,000. I arrived at that sum by multiplying the 130 days, I suffered in perilous conditions, times a $100.00 a day. ms. Otvos, malicious caused me to remain falsely incarcerated from 7-28-21, the day she waived my preliminary hearing, until 12-8-21, when the court dismissed the case. Therefore, I'm including the pain and suffering I endured while injured, without adequate medical treatment. I also feared being further injured, after being retaliatorialy transferred into the jails general population, at the Central Booking and Intake center, where I was previously transferred from in the first place, because of the seriousness of my injuries, thank you.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: MAY 10 , 2023.

Signature of Plaintiff        *Gary Jones*

Printed Name of Plaintiff     Gary Jones

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.     For Attorneys

Date of signing: _____ , 20__ .

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Address                      _____

Telephone Number             _____

Email Address                _____

8